**CHRISTINA HUMPHREY LAW, P.C.**
Christina A. Humphrey (SBN 226326)
Robert N. Fisher (SBN 302919)
1117 State Street
Santa Barbara, CA 93101
Telephone: (805) 618-2924
Facsimile: (805) 618-2939
Email: christina@chumphreylaw.com
Email: rob@chumphreylaw.com

**TOWER LEGAL GROUP, P.C.**
James A. Clark (SBN 278372)
Renee P. Ortega (SBN 283441)
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
Telephone: (916) 361-6009
Facsimile: (916) 361-6019
Email: james.clark@towerlegalgroup.com
Email: renee.parras@towerlegalgroup.com

[*Attorneys* for Plaintiffs]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR AQUINO, SUSAN FORD, MONICALAYLE GARCIA, BARBARA KRAUS, MARTHA LOPEZ, FRANCISCO MARTINEZ, MEGAN SARGENT, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the 99 CENTS ONLY STORES 401(K) PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>99 CENTS ONLY STORES LLC; THE RETIREMENT COMMITTEE OF THE 99 CENTS ONLY 401(K) PLAN; and DOES 1 through 20,<br><br>Defendants. | Case No. 2:22-cv-01966- SPG<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING**<br><br>[Filed and served concurrently with Memorandum of Points and Authorities, Declarations of Attorneys Christina A. Humphrey & James A. Clark, Declaration of Administrator Lisa Mullins, and [Proposed] Order]<br><br>Judge: Sherilyn Peace Garnett<br>Hearing Date: May 31, 2023<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5C |

-i-
NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING

1    PLEASE TAKE NOTICE that on May 31, 2023 at 1:30 p.m., or as soon
2 thereafter as this matter may be heard, in Courtroom 5C of the United States
3 District Court for the Central District of California, located at First Street
4 Courthouse, 350 West 1st Street, Los Angeles, CA 90012, before the Honorable
5 Sherilyn Peace Garnett, Plaintiffs Salvador Aquino, Susan Ford, Monicalayle
6 Garcia, Barbara Kraus, Martha Lopez, Francisco Martinez, Megan Sargent,
7 individually and as a representative of a Putative Class of Participants and
8 Beneficiaries, on behalf of the 99 Cents Only Stores 401(K) Plan, ("Plaintiffs")
9 ("Plaintiffs"), will and hereby do move the Court to (1) preliminarily approve the
10 submitted proposed Class Action Settlement, (2) certify the Settlement Class, (3)
11 find Plaintiffs' counsel and their respective firms, Christina Humphrey Law, P.C.,
12 and Tower Legal Group, P.C. as adequate class counsel and certifying them as class
13 counsel herein, (4) approve the Class Notice, and (5) schedule a Fairness Hearing.

14    Plaintiffs respectfully submit that they are amenable to the Court deciding
15 this Motion on the papers, without oral argument, if the Court deems it appropriate.
16 Plaintiffs make this Motion pursuant to Federal Rule of Civil Procedure 23(e)(1)
17 and Civil Local Rule 7-3. This Motion is based on the Notice of Motion and
18 Motion; the concurrently filed Memorandum in support; Declarations of Christina
19 A. Humphrey, James A. Clark, Lisa Mullins (Settlement Administrator, ILYM
20 Group, Inc.), and all Exhibits appended thereto; all evidence, records, and pleadings
21 in this action; oral argument that may be presented at any hearing of this Motion;
22 and all other matters that the Court deems proper.

-1-
NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT
CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING

| | | |
|---|---|---|
| Dated: April 19, 2023 | | **CHRISTINA HUMPHREY LAW, P.C.**<br>**TOWER LEGAL GROUP, P.C.** |
| | By: | */s/ Christina A. Humphrey*<br>CHRISTINA A. HUMPHREY<br>ROBERT N. FISHER<br>JAMES A. CLARK<br>Attorneys for Plaintiffs |

-2-
NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING