**CHRISTINA HUMPHREY LAW, P.C.**
Christina A. Humphrey (SBN 226326)
Robert N. Fisher (SBN 302919)
1117 State Street
Santa Barbara, CA 93101
Telephone: (805) 618-2924
Facsimile: (805) 618-2939
Email: christina@chumphreylaw.com
Email: rob@chumphreylaw.com

**TOWER LEGAL GROUP, P.C.**
James A. Clark (SBN 278372)
Renee P. Ortega (SBN 283441)
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
Telephone: (916) 361-6009
Facsimile: (916) 361-6019
Email: james.clark@towerlegalgroup.com
Email: renee.parras@towerlegalgroup.com

[*Attorneys* for Plaintiffs]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR AQUINO, SUSAN FORD, MONICALAYLE GARCIA, BARBARA KRAUS, MARTHA LOPEZ, FRANCISCO MARTINEZ, MEGAN SARGENT, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the 99 CENTS ONLY STORES 401(K) PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> 99 CENTS ONLY STORES LLC; THE RETIREMENT COMMITTEE OF THE 99 CENTS ONLY 401(K) PLAN; and DOES 1 through 20, <br><br> Defendants. | Case No. 2:22-cv-01966- SPG <br><br> **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> [Filed and served concurrently with Memorandum of Points and Authorities, Declarations of Attorneys Christina A. Humphrey & James A. Clark, Declaration of Administrator Makenna Snow, Declarations of Plaintiffs, and [Proposed] Order] <br><br> Judge: Sherilyn Peace Garnett <br> Hearing Date: November 8, 2023 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 5C |

-i-
NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1    PLEASE TAKE NOTICE that on November 8, 2023 at 1:30 p.m., in Courtroom 5C of the United States District Court for the Central District of California, located at First Street Courthouse, 350 West 1st Street, Los Angeles, CA 90012, before the Honorable Sherilyn Peace Garnett, Plaintiffs Salvador Aquino, Susan Ford, Monicalayle Garcia, Barbara Kraus, Martha Lopez, Francisco Martinez, Megan Sargent, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the 99 Cents Only Stores 401(K) Plan, ("Plaintiffs") ("Plaintiffs"), will and hereby do move the Court to (to grant Plaintiffs' Unopposed Motion for Final Approval of Settlement ("Motion") pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval and Approval of Class Notice dated July 12, 2023 (hereinafter, "Preliminary Approval Order"). See ECF No.70.

Defendants, 99 Cents Only Stores LLC; The Retirement Committee of the 99 Cents Only 401(K) Plan ("Defendants"), (collectively with Plaintiffs, the "Parties") do not oppose this Motion.

Plaintiffs move the Court to enter an Order that grants Final Approval of the proposed Settlement as fair, reasonable and adequate. Plaintiffs bring this Motion pursuant to Federal Rule of Civil Procedure 23(e), and it is supported by the concurrently filed Memorandum in support; Declarations of Christina A. Humphrey, James A. Clark, Makenna Snow (Settlement Administrator, ILYM Group, Inc.), and all Exhibits appended thereto; all evidence, records, and pleadings in this action; oral argument that may be presented at any hearing of this Motion; and all other matters that the Court deems proper.

The Parties have met all deadlines provided in the Preliminary Approval Order. Plaintiffs and Defendants stand ready to provide any additional information or materials that the Court may require in connection with consideration of this Motion at this time.

| | | |
|---|---|---|
| 1 | Dated: October 11, 2023 | **CHRISTINA HUMPHREY LAW, P.C.** |
| 2 | | **TOWER LEGAL GROUP, P.C.** |

By:  */s/ Christina A. Humphrey*
      CHRISTINA A. HUMPHREY
      ROBERT N. FISHER
      JAMES A. CLARK
      Attorneys for Plaintiffs