| **CHRISTINA HUMPHREY LAW, P.C.** | **TOWER LEGAL GROUP, P.C.** |
|---|---|
| Christina A. Humphrey (SBN 226326) | James A. Clark (SBN 278372) |
| Robert N. Fisher (SBN 302919) | Renee P. Ortega (SBN 283441) |
| 1117 State Street | 11335 Gold Express Drive, Ste. 105 |
| Santa Barbara, CA 93101 | Gold River, CA 95670 |
| Telephone: (805) 618-2924 | Telephone: (916) 361-6009 |
| Facsimile: (805) 618-2939 | Facsimile: (916) 361-6019 |
| Email: christina@chumphreylaw.com | Email: james.clark@towerlegalgroup.com |
| Email: rob@chumphreylaw.com | Email: renee.parras@towerlegalgroup.com |

[*Attorneys* for Plaintiffs]

*(Additional counsel listed on next page)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR AQUINO, SUSAN FORD, MONICALAYLE GARCIA, BARBARA KRAUS, MARTHA LOPEZ, FRANCISCO MARTINEZ, MEGAN SARGENT, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the 99 CENTS ONLY STORES 401(K) PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>99 CENTS ONLY STORES LLC; THE RETIREMENT COMMITTEE OF THE 99 CENTS ONLY 401(K) PLAN; and DOES 1 through 20,<br><br>Defendants. | Case No. 2:22-cv-01966- SPG<br><br>*Hon. Sherilyn Peace Garnett*<br><br>**JOINT STIPULATION TO SUBMIT THE PROPOSED JUDGMENT**<br><br>Courtroom: 5C |

Robyn C. Crowther (SBN 193840)
*rcrowther@steptoe.com*
Melanie A. Ayerh (SBN 303211)
*mayerh@steptoe.com*
Tahir L. Boykins (SBN 323441)
*tboykins@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9432
Facsimile: (213) 439-9599

Paul J. Ondrasik (*Pro hac vice*)
*pondrasik@steptoe.com*
Eric G. Serron (*Pro hac vice*)
*eserron@steptoe.com*
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

[*Attorneys* for Defendants 99 CENTS ONLY STORES LLC and THE RETIREMENT COMMITTEE OF THE 99 CENTS ONLY 401(K) PLAN]

| | |
|---|---|
| 1 | WHEREAS, on October 11, 2023, Plaintiffs SALVADOR AQUINO, SUSAN FORD, MONICALAYLE GARCIA, BARBARA KRAUS, MARTHA LOPEZ, FRANCISCO MARTINEZ, MEGAN SARGENT, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the 99 CENTS ONLY STORES 401(K) PLAN, ("Plaintiffs") filed their Motion for Final Settlement Approval (ECF No. 71); |

WHEREAS, on October 11, 2023, Plaintiffs SALVADOR AQUINO, SUSAN FORD, MONICALAYLE GARCIA, BARBARA KRAUS, MARTHA LOPEZ, FRANCISCO MARTINEZ, MEGAN SARGENT, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the 99 CENTS ONLY STORES 401(K) PLAN, ("Plaintiffs") filed their Motion for Final Settlement Approval (ECF No. 71);

WHEREAS, on January 2, 2024, the Court issued its Order granting Plaintiffs Motion for Final Approval of Class Action Settlement (ECF No. 79);

WHEREAS, pursuant to section 1.20 of the Class Action Settlement Agreement, (ECF No. 67-3), the definition of "Effective Date" would need the Court to enter a "judgment" for the time for appeal to start running;

WHERAS, Plaintiffs and Defendants 99 CENTS ONLY STORES LLC; THE RETIREMENT COMMITTEE OF THE 99 CENTS ONLY 401(K) PLAN ("Defendants") (collectively, the "Parties") have met and conferred regarding submitting a Proposed Judgment to the Court;

THEREFORE, the Parties agree on the language of the Proposed Judgment, filed concurrently with this Stipulation, and jointly submit it.

Dated: January 8, 2024           **CHRISTINA HUMPHREY LAW, P.C.**
                                 **TOWER LEGAL GROUP, P.C.**

                                 By:   */s/ Christina A. Humphrey*
                                       CHRISTINA A. HUMPHREY
                                       ROBERT N. FISHER
                                       JAMES A. CLARK
                                       RENEE P. ORTEGA
                                       *Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Dated: January 8, 2024 | | **STEPTOE LLP** |
| | By: | /s/ Eric G. Serron |
| | | ROBYN C. CROWTHER |
| | | PAUL J. ONDRASIK (*Pro hac vice*) |
| | | ERIC G. SERRON (*Pro hac vice*) |
| | | MELANIE A. AYERH |
| | | TAHIR L. BOYKINS |
| | | |
| | | *Attorneys* for Defendants 99 CENTS ONLY STORES LLC and THE RETIREMENT COMMITTEE OF THE 99 CENTS ONLY 401(K) PLAN |

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-4.3.4 (2)(i), I hereby attest that counsel for Defendant whose electronic signature appears above has concurred in this filing.

**CHRISTINA HUMPHREY LAW, P.C.**

DATED: January 8, 2024             By: */s/ Christina A. Humphrey*
                                       Christina A. Humphrey