# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. CV 22-01966-SPG-AFM                     Date January 9, 2024

Title: Salvador Aquino et al v. 99 Cents Only Stores LLC et al

Present: The Honorable Judge Sherilyn Peace Garnett

|  Patricia Gomez  |  Not Applicable  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☒ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer    PG