JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR AQUINO, SUSAN FORD, MONICALAYLE GARCIA, BARBARA KRAUS, MARTHA LOPEZ, FRANCISCO MARTINEZ, MEGAN SARGENT, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the 99 CENTS ONLY STORES 401(K) PLAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>99 CENTS ONLY STORES LLC; THE RETIREMENT COMMITTEE OF THE 99 CENTS ONLY 401(K) PLAN; and DOES 1 through 20,<br><br>    Defendants. | Case No. 2:22-cv-01966- SPG<br><br>**JUDGMENT**<br><br>Judge: Sherilyn Peace Garnett<br>Courtroom: 5C |

-i-

JUDGMENT

1  The Court hereby enters judgment on all claims, counts, and causes of action
2  alleged in the Action.  Notwithstanding the reservation of jurisdiction in the Court's
3  Final Approval Order (ECF No. 79) to enforce the Settlement Agreement and resolve
4  any disputes that might arise during its term, this is a final and appealable judgment
5  that ends the litigation of the Action. The Clerk is directed to enter this judgment in
6  the civil docket forthwith.

**IT IS SO ADJUDICATED**.

Dated: January 11, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT